

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES R. LOWE, | § | No. 08-23-00331-CV |
| Appellant, | § | Appeal from the |
| v. | § | 81st Judicial District Court |
| ATASCOSA CENTRAL APPRAISAL DISTRICT, | § | of Atascosa County, Texas |
| | § | (TC#23-04-0264-CVA) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF FEBRUARY 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox, and Soto, JJ.